CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
Christopher Seabock, SBN 279640
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, | **Case No**. 2:13-CV-01085-WBS-CKD |
| Plaintiff, | |
| v. | JOINT STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE SCHEDULED FOR SEPTEMBER 3, 2013 |
| **JANICE E GAMEL**, etc., et al. | |
| Defendants. | |

Plaintiff SCOTT JOHNSON, and Defendants JANICE GAMEL, OLLIE SCHIAVON, LOUIS SCHAIVON and RV TRAVEL WORLD OF SACRAMENTO submit their Joint Stipulation to Continue the Status Conference currently scheduled in this case for September 3, 2013 to October 28, 2013 at 2:00 p.m. The parties who have retained counsel are not scheduled to answer the Complaint until late August or early September, 2013. The continuance is requested to allow all counsel an opportunity to familiarize themselves with the case and for all parties to

1

Joint Stipulation to Continue Status Conference

1  meaningfully participate in a joint status conference report, and for filing

2  same within the appropriate amount of time prior to the Status Conference.

3

4  Dated: August 20, 2013                  CENTER FOR DISABILITY ACCESS

5

6                                          By:_/s/ Phyl Grace_____
                                              Phyl Grace
7                                             Attorneys for Plaintiff

8  Dated: August 21, 2013                  THE COSTA LAW FIRM

9

10                                         By:_/s/ Daniel P. Costa_____
                                              Daniel P. Costa
11                                            Attorneys for Defendants JANICE
12                                              GAMEL,              LOUIS

13 SCHIAVON,

14                                            and OLLIE SCHAIVON

15 Dated: August 21, 2013                  CORBIN, ATHEY & MARTINEZ, LLP

16

17                                         By:_/s/ Joel Athey_____
                                              Joel Athey
18                                            Attorneys for Defendant
19                                            RV TRAVEL WORLD OF
                                              SACRAMENTO
20

21

22       IT IS SO ORDERED.  **A Joint Status Report shall be filed no later
   than October 15, 2013.**
23

24 **Dated:  August 22, 2013**

25

   WILLIAM B. SHUBB
26 UNITED STATES DISTRICT JUDGE

27

28

Joint Stipulation to Continue Status Conference