CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., SBN 111282
Phyl Grace, Esq., SBN 171771
Christopher Seabock, SBN 279640
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**,<br><br>   Plaintiff,<br><br>   v.<br><br>**JANICE E GAMEL**, etc., et al.<br><br>   Defendants. | **Case No**. 2:13-CV-01085-WBS-CKD<br><br>JOINT STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE SCHEDULED FOR SEPTEMBER 3, 2013 |

   Plaintiff SCOTT JOHNSON, and Defendants JANICE GAMEL, OLLIE SCHIAVON, LOUIS SCHAIVON and RV TRAVEL WORLD OF SACRAMENTO submit their Joint Stipulation to Continue the Status Conference currently scheduled in this case for September 3, 2013 to October 28, 2013 at 2:00 p.m.  The parties who have retained counsel are not scheduled to answer the Complaint until late August or early September, 2013.  The continuance is requested to allow all counsel an opportunity to familiarize themselves with the case and for all parties to

meaningfully participate in a joint status conference report, and for filing same within the appropriate amount of time prior to the Status Conference.

Dated: August 20, 2013             CENTER FOR DISABILITY ACCESS

                                   By: /s/ Phyl Grace_____
                                       Phyl Grace
                                       Attorneys for Plaintiff

Dated: August 21, 2013             THE COSTA LAW FIRM

                                   By: /s/ Daniel P. Costa_____
                                       Daniel P. Costa
                                       Attorneys for Defendants JANICE
                                             GAMEL,       LOUIS
SCHIAVON,
                                       and OLLIE SCHAIVON

Dated: August 21, 2013             CORBIN, ATHEY & MARTINEZ, LLP

                                   By: /s/ Joel Athey_____
                                       Joel Athey
                                       Attorneys for Defendant
                                       RV TRAVEL WORLD OF
                                       SACRAMENTO

   IT IS SO ORDERED.  **A Joint Status Report shall be filed no later than October 15, 2013.**

**Dated:  August 22, 2013**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE