1  DANIEL P. COSTA (SBN 110919)
   NATALIE S. BUSTAMANTE (SBN 258724)
2  **THE COSTA LAW FIRM**
3  2489 Sunrise Boulevard, Suite A
   Gold River, CA 95670
4  Tel: (916) 400-2734
   Fax: (916) 400-2744
5  dpc@costalaw.net
   nsb@costalaw.net
6
7  Attorneys for Defendants
   **Janice E. Birlem**, in her individual and representative capacity as Trustee, Janice E. Birlem 2006
8  Trust; **Ollie Schiavon**, in her individual capacity and representative capacity as Trustee, Louis
   Schiavon and Ollie Schiavon Trust (dated April 24, 1984); and **Louis Schiavon**, in his individual
9  and representative capacity as Trustee, Louis Schiavon and Ollie Schiavon Trust (dated April 24,
   1984)
10

11                      **UNITED STATES DISTRICT COURT**

12                      **EASTERN DISTRICT OF CALIFORNIA**

13

14  SCOTT JOHNSON,                        Case No.: 2:13-CV-01085-WBS-CKD
                    Plaintiff,
15
    vs.
16                                        **AMENDED JOINT STIPULATION
    JANICE E. GAMEL, in her individual and   REGARDING CONSENT TO THE
17  representative capacity as Trustee, Janice E.  VOLUNTARY DISPUTE RESOLUTION
    Birlem 2006 Trust; OLLIE SCHIAVON, in her  PROGRAM; ORDER**
18  individual capacity and representative capacity
    as Trustee; LOUIS SCHIAVON, in his
19  individual and representative capacity as
    Trustee; RV TRAVEL WORLD OF
20  SACRAMENTO, A California Corporation,
    and DOES 1-10,
21
22                  Defendants.
23

24          The parties, through their respective counsel of record, hereby stipulate and request the

25  Court enter an Order to refer the above-captioned matter to the Eastern District's Voluntary Dispute

26  Resolution Program.

27          On August 29, 2013, Daniel P. Costa, Esq., on behalf of Defendants **JANICE E. BIRMEL**,

28  formerly known as JANICE E. GAMEL, in her individual and representative capacity as Trustee,

Janice E. Birlem 2006 Trust; **OLLIE SCHIAVON**, in her individual capacity and representative capacity as Trustee, Louis Schiavon and Ollie Schiavon Trust (dated April 24, 1984); and **LOUIS SCHIAVON**, in his individual and representative capacity as Trustee, Louis Schiavon and Ollie Schiavon Trust (dated April 24, 1984), filed a Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program ("VDRP") Pursuant to Local Rule 271.  (Document 16.)

On September 3, 2013, Joel M. Athey, on behalf of Defendant RV TRAVEL WORLD OF SACRAMENTO, also filed the same Stipulation to Elect Referral of Action to VDRP.  (Document 20.)  Plaintiff SCOTT JOHNSON has not filed a copy of the Stipulation to Elect Referral of Action to VDRP.

On September 6, 2013, this Court acknowledged receipt of Documents 16 and 20 filed by Defendants, but requested that the parties file an Amended Joint Stipulation and Proposed Order to include Plaintiff's consent to VDRP.

Therefore, IT IS HEREBY STIPULATED by and between all the parties to this action to refer this matter to the Eastern District Court's Voluntary Dispute Resolution Program.

DATED: September 11, 2013          **THE COSTA LAW FIRM**

By:    **/S/ NATALIE S. BUSTAMANTE**
NATALIE S. BUSTAMANTE
Attorneys for Defendants
JANICE E. BIRMEL, OLLIE SCHIAVON, and
LOUIS SCHIAVON

DATED: September 11, 2013          **POTTER HANDY, LLP**

By:    **/S/ PHYL GRACE**
PHYL GRACE
Attorneys for Plaintiff
SCOTT JOHNSON

DATED: September 11, 2013          **CORBIN, ATHEY & MARTINEZ, LLP**

By:    **/S/ JOEL M. ATHEY**
JOEL M. ATHEY
Attorneys for Defendant
RV TRAVEL WORLD OF SACRAMENTO

1

## <u>ORDER</u>

2          Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY

3   ORDERED that this action be referred to the Eastern District Court's Voluntary Dispute Resolution

4   Program.

5          **IT IS SO ORDERED.**

6   Dated:  September 20, 2013

7   _____

8   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28