1  DANIEL P. COSTA (SBN 110919)
2  NATALIE S. BUSTAMANTE (SBN 258724)
   **THE COSTA LAW FIRM**
3  2489 Sunrise Boulevard, Suite A
   Gold River, CA 95670
4  Tel: (916) 400-2734
   Fax: (916) 400-2744
5  dpc@costalaw.net
6  nsb@costalaw.net

7  Attorneys for Defendants
   **Janice E. Birlem**, in her individual and representative capacity as Trustee, Janice E. Birlem 2006
8  Trust; **Ollie Schiavon**, in her individual capacity and representative capacity as Trustee, Louis
   Schiavon and Ollie Schiavon Trust (dated April 24, 1984); and **Louis Schiavon**, in his individual
9  and representative capacity as Trustee, Louis Schiavon and Ollie Schiavon Trust (dated April 24,
   1984)
10

11                      UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13

14  SCOTT JOHNSON,                              Case No.: 2:13-CV-01085-WBS-CKD
             Plaintiff,
15
16  vs.                                          **AMENDED JOINT STIPULATION
                                                 REGARDING CONSENT TO THE
17  JANICE E. GAMEL, in her individual and       VOLUNTARY DISPUTE RESOLUTION
    representative capacity as Trustee, Janice E. PROGRAM; ORDER**
18  Birlem 2006 Trust; OLLIE SCHIAVON, in her
    individual capacity and representative capacity
19  as Trustee; LOUIS SCHIAVON, in his
    individual and representative capacity as
20  Trustee; RV TRAVEL WORLD OF
    SACRAMENTO, A California Corporation,
21  and DOES 1-10,

22           Defendants.
23

24       The parties, through their respective counsel of record, hereby stipulate and request the

25  Court enter an Order to refer the above-captioned matter to the Eastern District's Voluntary Dispute

26  Resolution Program.

27       On August 29, 2013, Daniel P. Costa, Esq., on behalf of Defendants **JANICE E. BIRMEL**,

28  formerly known as JANICE E. GAMEL, in her individual and representative capacity as Trustee,

---
AMENDED JOINT STIPULATION REGARDING CONSENT TO VDRP; [PROPOSED] ORDER
Case No. 2:13-CV-01085-WBS-CKD                                                                  1

Janice E. Birlem 2006 Trust; **OLLIE SCHIAVON**, in her individual capacity and representative capacity as Trustee, Louis Schiavon and Ollie Schiavon Trust (dated April 24, 1984); and **LOUIS SCHIAVON**, in his individual and representative capacity as Trustee, Louis Schiavon and Ollie Schiavon Trust (dated April 24, 1984), filed a Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program ("VDRP") Pursuant to Local Rule 271.  (Document 16.)

On September 3, 2013, Joel M. Athey, on behalf of Defendant RV TRAVEL WORLD OF SACRAMENTO, also filed the same Stipulation to Elect Referral of Action to VDRP.  (Document 20.)  Plaintiff SCOTT JOHNSON has not filed a copy of the Stipulation to Elect Referral of Action to VDRP.

On September 6, 2013, this Court acknowledged receipt of Documents 16 and 20 filed by Defendants, but requested that the parties file an Amended Joint Stipulation and Proposed Order to include Plaintiff's consent to VDRP.

Therefore, IT IS HEREBY STIPULATED by and between all the parties to this action to refer this matter to the Eastern District Court's Voluntary Dispute Resolution Program.

DATED: September 11, 2013        **THE COSTA LAW FIRM**

                                 By:  **/S/ NATALIE S. BUSTAMANTE**
                                      NATALIE S. BUSTAMANTE
                                      Attorneys for Defendants
                                      JANICE E. BIRMEL, OLLIE SCHIAVON, and
                                      LOUIS SCHIAVON

DATED: September 11, 2013        **POTTER HANDY, LLP**

                                 By:  **/S/ PHYL GRACE**
                                      PHYL GRACE
                                      Attorneys for Plaintiff
                                      SCOTT JOHNSON

DATED: September 11, 2013        **CORBIN, ATHEY & MARTINEZ, LLP**

                                 By:  **/S/ JOEL M. ATHEY**
                                      JOEL M. ATHEY
                                      Attorneys for Defendant
                                      RV TRAVEL WORLD OF SACRAMENTO

## ORDER

Based on the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that this action be referred to the Eastern District Court's Voluntary Dispute Resolution Program.

**IT IS SO ORDERED.**

Dated:  September 20, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE