UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Janice E Gamel, in her individual and representative capacity as Trustee, Janice E Birlem 2006 Trust; Ollie Schiavon, in his individual and representative capacity as Trustee; Louis Schiavon, in her individual and representative capacity as Trustee; RV Travel World Of Sacramento, a California Corporation; and DOES 1-10,<br><br>　　　　Defendants. | Case: 2:13-CV-01085-WBS-CKD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

### ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  February 20, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Stipulation for Dismissal            Case: 2:13-CV-01085-WBS-CKD